B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Crisafulli, Ninamarie C** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1247** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9 Hills Lane**<br>**Troy, NY**<br>ZIP Code **12180** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Rensselaer** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)  (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Crisafulli, Ninamarie C** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Northern Disctict of New York** | Case Number:<br>**12-11512** | Date Filed:<br>**6/05/12** |
| Location<br>Where Filed:  **Norther District NY** | Case Number:<br>**11-13490** | Date Filed:<br>**11/05/11** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**  **/s/ Brian H. Bronsther**                **February 13, 2013**<br>Signature of Attorney for Debtor(s)                         (Date)<br>**Brian H. Bronsther** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>■  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■      Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐      There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐      Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐      Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐      Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐      Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Crisafulli, Ninamarie C** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ninamarie C Crisafulli**
_____
Signature of Debtor   **Ninamarie C Crisafulli**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**February 13, 2013**
_____
Date

### Signature of Attorney*

X **/s/ Brian H. Bronsther**
_____
Signature of Attorney for Debtor(s)

  **Brian H. Bronsther 505316**
_____
Printed Name of Attorney for Debtor(s)

  **The Bronsther Law Firm**
_____
Firm Name
  **12 Century Hill Drive**
  **Latham, NY 12110**

_____
Address

**Email: brian@bronstherlaw.com**
  **518-373-9000  Fax: 518-373-9042**
_____
Telephone Number

**February 13, 2013**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

NINAMARIE C. CRISAFULLI                             CHAPTER 11
                                                    CASE NO.

Debtor(s).

AFFIDAVIT PURSUANT TO 11 USC SEC. 1116

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF ALBANY       )

   Ninamarie C. Crisafulli, the debtor in the above-captioned matter, being duly sworn,
deposes and says:

   1.   That as of the date of this Affidavit I have filed my 2009 and 2010 federal and
        State tax returns, which are currently under audit.

   2.   My accountant, Brian Daley, expects to file amended returns to correct the
        deficiencies set forth in the filed returns.

   3.   That as of the date hereof, no current balance sheet, statement of operations or
        cash-flow statement has bee prepared for the current year and the 2012 calendar.

Dated: _2/13/13_                    _____
                                    Ninamarie C. Crisafulli

Sworn to before me this 13th day of
February, 2013

_____
Notary Public

                                    BRIAN H. BRONSTHER
                                    Notary Public, State of New York
                                    Qualified in Saratoga County
                                    No. 02BR4919468
                                    My Commission Expires Jan. 19, 20_13_

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of New York

In re    **Ninamarie C Crisafulli**                                            Case No. _____

Debtor(s)        Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                               Page 2

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

      ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Ninamarie C Crisafulli**
                           **Ninamarie C Crisafulli**

Date:     **February 13, 2013**

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of New York

In re    **Ninamarie C Crisafulli**                                   Case No. _____

Debtor(s)           Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Capital Comm Fed Cr Un**<br>**18 Computer Dr East**<br>**Albany, NY 12205** | **Capital Comm Fed Cr Un**<br>**18 Computer Dr East**<br>**Albany, NY 12205** | **Unsecured** | **Disputed** | **33,541.00** |
| **Capital Comm Fed Cr Un**<br>**18 Computer Dr East**<br>**Albany, NY 12205** | **Capital Comm Fed Cr Un**<br>**18 Computer Dr East**<br>**Albany, NY 12205** | **CreditLineSecured**<br>**Joseph P**<br>**Associates, LLC**<br>**78 Sandcreek Rd.** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **190,510.00**<br><br>**(165,000.00**<br>**secured)** |
| **City of Albany**<br>**Treasurer's Office Room 110**<br>**City Hall, 24, Eagle Stree**<br>**Albany, NY 12207** | **City of Albany**<br>**Treasurer's Office Room 110**<br>**City Hall, 24, Eagle Stree**<br>**Albany, NY 12207** | **Various back taxes** | **Disputed** | **5,000.00** |
| **City of Cohoes**<br>**City Hall**<br>**97 Mohawk Street**<br>**Cohoes, NY 12047-2897** | **City of Cohoes**<br>**City Hall**<br>**97 Mohawk Street**<br>**Cohoes, NY 12047-2897** | **279 Remsen Street**<br>**Demolition Costs**<br>**and back taxes** | **Disputed** | **50,000.00** |
| **City of Schenectady**<br>**Tax Department - Room 100**<br>**City Hall - 105 Jay Street**<br>**Schenectady, NY 12305** | **City of Schenectady**<br>**Tax Department - Room 100**<br>**City Hall - 105 Jay Street**<br>**Schenectady, NY 12305** | **Various Back**<br>**Taxes** | **Disputed** | **5,000.00** |
| **City of Schenectady**<br>**Supervisor of Receipts**<br>**Room 100 - City Hall**<br>**Schenectady, NY 12305** | **City of Schenectady**<br>**Supervisor of Receipts**<br>**Room 100 - City Hall**<br>**Schenectady, NY 12305** | **708 Union Street,**<br>**Schenectady** | **Disputed** | **6,446.47** |
| **Colorado Student Ln Pr**<br>**1560 Broadway**<br>**Suite 1700**<br>**Denver, CO 80202** | **Colorado Student Ln Pr**<br>**1560 Broadway**<br>**Suite 1700**<br>**Denver, CO 80202** | **Educational** | **Disputed** | **31,190.00** |
| **Department of**<br>**Environmental Conservation**<br>**625 Broadway**<br>**Albany, NY 12233** | **Department of Environmental**<br>**Conservation**<br>**625 Broadway**<br>**Albany, NY 12233** | **Enviromental**<br>**Waste Site** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **100,000.00**<br><br>**(0.00 secured)** |
| **Estate of Charles Yund**<br>**30 NW 1st Street**<br>**Delray Beach, FL 33444** | **Estate of Charles Yund**<br>**30 NW 1st Street**<br>**Delray Beach, FL 33444** | **1205 Central**<br>**Avenue, Colonie,**<br>**NY**<br>**DEC Claim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **160,000.00**<br><br>**(0.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Ninamarie C Crisafulli**                                          Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **National Grid**<br>**PO Box 5026**<br>**Buffalo, NY 14205** | **National Grid**<br>**PO Box 5026**<br>**Buffalo, NY 14205** | **Utility** | **Disputed** | **14,378.00** |
| **NCO Financial Systems**<br>**PO Box 15630**<br>**Wilmington, DE 19850** | **NCO Financial Systems**<br>**PO Box 15630**<br>**Wilmington, DE 19850** | **Several Accounts** | **Disputed** | **35,475.00** |
| **Reedemer Church**<br>**931 Herkimer Road**<br>**Utica, NY 13501** | **Reedemer Church**<br>**931 Herkimer Road**<br>**Utica, NY 13501** | **Damage and rent claim** | **Disputed** | **20,000.00** |
| **RMS**<br>**PO Box 4647**<br>**Lutherville Timonium, MD 21094** | **RMS**<br>**PO Box 4647**<br>**Lutherville Timonium, MD 21094** | | **Disputed** | **6,000.00** |
| **Rubin & Rothman**<br>**1787 Veterans Hwy**<br>**Suite 32 PO Box 9003**<br>**Islandia, NY 11749** | **Rubin & Rothman**<br>**1787 Veterans Hwy**<br>**Suite 32 PO Box 9003**<br>**Islandia, NY 11749** | **Collection** | **Disputed** | **26,000.00** |
| **Sefcu**<br>**Po Box 12189**<br>**Albany, NY 12212** | **Sefcu**<br>**Po Box 12189**<br>**Albany, NY 12212** | **5 Exchange and 12 Sumpter** | **Contingent Unliquidated Disputed** | **84,658.00**<br>**(233,000.00 secured)**<br>**(199,000.00 senior lien)** |
| **Slater Tenaaglia**<br>**301 Third Street**<br>**Ocean City, NJ 08226** | **Slater Tenaaglia**<br>**301 Third Street**<br>**Ocean City, NJ 08226** | | **Disputed** | **5,832.19** |
| **Slater Tenaaglia**<br>**301 Third Street**<br>**Ocean City, NJ 08226** | **Slater Tenaaglia**<br>**301 Third Street**<br>**Ocean City, NJ 08226** | | **Disputed** | **5,832.00** |
| **State Employees Fcu**<br>**700 Patroon Creek Blvd**<br>**Albany, NY 12206** | **State Employees Fcu**<br>**700 Patroon Creek Blvd**<br>**Albany, NY 12206** | **Residence**<br>**5 Fairway Lane**<br>**Albany, Ny** | **Contingent Unliquidated Disputed** | **800,000.00**<br><br>**(175,000.00 secured)** |
| **Town of Colonie**<br>**Memorial Town Hall**<br>**534 Loudon Road**<br>**Newtonville, NY 12128** | **Town of Colonie**<br>**Memorial Town Hall**<br>**534 Loudon Road**<br>**Newtonville, NY 12128** | **1205 Central Avenue** | **Disputed** | **5,602.98** |
| **Town of Colonie**<br>**Memorial Town Hall**<br>**534 Loudon Road**<br>**Newtonville, NY 12128** | **Town of Colonie**<br>**Memorial Town Hall**<br>**534 Loudon Road**<br>**Newtonville, NY 12128** | **Various Back taxes** | **Disputed** | **15,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Ninamarie C Crisafulli** _____       Case No.  _____

                             Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, **Ninamarie C Crisafulli**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 13, 2013** _____      Signature  **/s/ Ninamarie C Crisafulli** _____

                                                **Ninamarie C Crisafulli**
                                                Debtor

     _Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                 Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of New York

In re    **Ninamarie C Crisafulli**                                        ,        Case No. _____

                                  Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 733,000.00 | | |
| B - Personal Property | Yes | 4 | 9,636.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,779,785.18 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 115,473.71 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 214,722.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 23,932.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 20,944.09 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| | Total Assets | | 742,636.00 | | |
| | | Total Liabilities | | 2,109,981.83 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of New York

In re   **Ninamarie C Crisafulli**                                                        ,   Case No. _____
                                              Debtor

                                                                                          Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Ninamarie C Crisafulli**                                              ,     Case No. _____
                                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence**<br>**5 Fairway Lane**<br>**Albany, Ny** | **Residence/Fee Simple 100%** | - | 175,000.00 | 800,000.00 |
| **4232 Albany Street**<br>**Albany, NY 12205** | **Fee Simple - 100%** | - | 140,000.00 | 800,000.00 |
| **68 North Lake Street**<br>**Albany, NY 12206** | **Fee Simple - 100%** | - | 60,000.00 | 800,000.00 |
| **64 North Lake Street, Albany, NY** | **Fee Simple - 100%** | - | 5,000.00 | 800,000.00 |
| **12 Sumpter Street**<br>**Albany, NY 12205** | **Fee Simple - 100%** | - | 10,000.00 | 259,000.00 |
| **5 Exchange Street, Watervliet, NY** | | - | 30,000.00 | 259,000.00 |
| **708 Union Street**<br>**Schenectady, NY**<br>**Building damaged by fire**<br>**Proceeds with Adjuster** | **Fee Simple - 50% Interest** | J | 20,000.00 | 1.00 |
| **578 Crane Street, Schenectady, NY** | **Fee Simple - 50%** | - | 54,000.00 | 0.00 |
| **1205 Central Avenue, Colonie, NY**<br>**DEC Claim** | **Fee Simple - 100%** | - | 0.00 | 160,000.00 |
| **9 Hills Lane, Albany, NY** | | - | 229,000.00 | 232,752.00 |
| **279 Remsen Street, Cohoes, NY**<br>**Damaged by Fire**<br>**Insurance Proceeds to payoff mortgage**<br>**Cross-collateralized Mortgage** | **Fee Interest - 100%** | - | 10,000.00 | 800,000.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 733,000.00 | (Total of this page) |
| Total > | 733,000.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Ninamarie C Crisafulli**
_____,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | - | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Berkshire Bank Checking Account Approximate Balance** | - | 1,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **bedroom furniture, tables, dressers, chairs, sofa, televison, computer, kitchen wares and other miscellaneous household goods and furnishings** | - | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **shirts, shoes, pants, sweaters, suits, jackets and other miscellaneous wearing apparel** | - | 500.00 |
| 7.  Furs and jewelry. | | **Misc. Costume Jewelry** | - | 1,200.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                5,300.00
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ninamarie C Crisafulli**                                                          ,          Case No. _____

_____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Building Blocks Childcare Center of Colonie - 100% Interest**<br>**ESt Assets - $ 10,300.00**<br>**Est. Liabilities - $ 33,800.00** | - | 0.00 |
| | | **Joespeh P Associates, LLC - 100% Ownership**<br>**Properties owned:**<br>**- 78 Sand Creed Rd. ($165,000)**<br>**- 1364 Central Ave. ($160,000)**<br>**Mortgages:**<br>**- Capcom ($180,000)**<br>**- SEFCU ($800,000.)** | - | 0.00 |
| | | **Jaden B. Associates, LLC**<br>**100% owner**<br>**2-4 Corning, Colonie, NY (FMV - $ 49,000.00 Mtg - $ 40,000.00)** | - | 0.00 |
| | | **Sweet Temptations of Albany, LLC - 100% interest**<br>**Est. Assets Value - $ 19,700**<br>**Est. Liabilities - $ 72,808** | - | 0.00 |
| | | **Crisafulli Plumbing, Heating, Air Conditioning and Excavation Contractors, Inc.**<br>**Ceased doing business** | - | 0.00 |
| | | **Trustco Stock - Custodial Account for Son** | - | 80.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

                                                                Sub-Total >            **80.00**
                                                            (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ninamarie C Crisafulli**                                        ,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **Debtor currently receiving $ 192.00 weekly** | - | 192.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Various Judgments for Evicted tenants Approx. Face Value - 40,646.00 Discounted for Collectability and Age** | - | 4,064.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >    4,256.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re      **Ninamarie C Crisafulli**                                    ,      Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **9,636.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re  **Ninamarie C Crisafulli**                                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                          *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **578  Crane Street, Schenectady, NY** | **11 U.S.C. § 522(d)(5)** | **6,831.00** | **54,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Berkshire Bank** | **11 U.S.C. § 522(d)(5)** | **1,000.00** | **1,000.00** |
| **Checking Account** | | | |
| **Approximate Balance** | | | |
| **Household Goods and Furnishings** | | | |
| **bedroom furniture, tables, dressers, chairs, sofa, televison, computer, kitchen wares and other miscellaneous household goods and furnishings** | **11 U.S.C. § 522(d)(3)** | **2,500.00** | **2,500.00** |
| **Wearing Apparel** | | | |
| **shirts, shoes, pants, sweaters, suits, jackets and other miscellaneous wearing apparel** | **11 U.S.C. § 522(d)(3)** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **Misc. Costume Jewelry** | **11 U.S.C. § 522(d)(4)** | **1,200.00** | **1,200.00** |
| **Stock and Interests in Businesses** | | | |
| **Trustco Stock - Custodial Account for Son** | **11 U.S.C. § 522(d)(5)** | **80.00** | **80.00** |
| **Alimony, Maintenance, Support, and Property Settlements** | | | |
| **Debtor currently receiving $ 192.00 weekly** | **11 U.S.C. § 522(d)(10)(D)** | **192.00** | **192.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Various Judgments for Evicted tenants Approx. Face Value - 40,646.00 Discounted for Collectability and Age** | **11 U.S.C. § 522(d)(5)** | **4,064.00** | **4,064.00** |

|  | Total: | **16,367.00** | **63,536.00** |
|---|---|---|---|

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Ninamarie C Crisafulli** _____,   Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **American Tax Funding, LLC Attn: President 346 Jupiter Blvd., Suite 300 Jupiter, FL 33458** | - | | | | **tax liens on 708 Union St** <br><br> Value $ 8,886.56 | X | X | X | 8,886.56 | 0.00 |
| Account No. **American Tax Funding, LLC Attn: President 346 Jupiter Blvd., Suite 300 Jupiter, FL 33458** | - | | | | **Tax Lien 578  Crane Street Schenectady, NY** <br><br> Value $ 54,000.00 | X | X | X | 10,378.90 | 0.00 |
| Account No. xxxxxx0001 **Capital Comm Fed Cr Un 18 Computer Dr East Albany, NY 12205** | - | | | | **Opened  2/01/07 Last Active 7/13/11** <br><br> **CreditLineSecured Joseph P Associates, LLC 78 Sandcreek Rd.** <br><br> Value $ 165,000.00 | X | X | X | 190,510.00 | 25,510.00 |
| Account No. xxxxxxxx5950 **Chase Mtg Po Box 24696 Columbus, OH 43224** | - | | | | **Opened  2/01/06 Last Active 4/24/09** <br><br> **9 Hills Lane, Albany, NY** <br><br> Value $ 229,000.00 | X | X | X | 232,752.00 | 3,752.00 |

**  2  ** continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 442,527.46 | 29,262.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Ninamarie C Crisafulli**                                      ,    Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xx1059** | | | | September 2011 | | | | | |
| Department of Environmental Conservation 625 Broadway Albany, NY 12233 | - | | | Enviromental Waste Site | X | X | X | | |
| | | | | Value $            0.00 | | | | 100,000.00 | 100,000.00 |
| Account No. | | | | Judgment filed 7/28/09 | | | | | |
| Eber Bros Wine and Liquor Attn: President 155 Paragon Drive Rochester, NY 14624 | - | | | | X | X | X | | |
| | | | | Value $        1,789.51 | | | | 1,798.51 | 9.00 |
| Account No. | | | | 1205 Central Avenue, Colonie, NY DEC Claim | | | | | |
| Estate of Charles Yund 30 NW 1st Street Delray Beach, FL 33444 | - | | | | X | X | X | | |
| | | | | Value $            0.00 | | | | 160,000.00 | 160,000.00 |
| Account No. | | | | Judgment filed 1/15/10 Albany County Document Number 10609184 | | | | | |
| First Niagra Bank Attn: President P.O. Box 514 Lockport, NY 14095 | - | | | | X | X | X | | |
| | | | | Value $        3,801.21 | | | | 3,801.21 | 0.00 |
| Account No. **xxx-xx-1247** | | | | Withholding Taxes Federal Tax Liens | | | | | |
| IRS PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | X | X | X | | |
| | | | | Value $        7,000.00 | | | | 7,000.00 | 0.00 |

Sheet  _1_  of  _2_  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 272,599.72 | 260,009.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Ninamarie C Crisafulli**                                                                    ,     Case No. _____
                                                                                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **NYS Taxation and Finance** Attn: Bankruptcy PO Box 5300 Albany, NY 12205-5300 | - | | | | Tax Warrant filed 6/18/08 | X | X | X | | |
| | | | | | Value $        5,000.00 | | | | 5,000.00 | 0.00 |
| Account No. **xxxxxx9902** Sefcu Po Box 12189 Albany, NY 12212 | - | | | | Opened  1/01/08  Last Active 12/27/11 5 Exchange and 12 Sumpter | X | X | X | | |
| | | | | | Value $     233,000.00 | | | | 175,000.00 | 0.00 |
| Account No. **xxxxxx9901** Sefcu Po Box 12189 Albany, NY 12212 | - | | | | Opened  1/01/08  Last Active 11/22/11 5 Exchange and 12 Sumpter | X | X | X | | |
| | | | | | Value $     233,000.00 | | | | 84,658.00 | 50,658.00 |
| Account No. **xxxxxx6300** State Employees Fcu 700 Patroon Creek Blvd Albany, NY 12206 | - | | | | Opened  8/01/07  Last Active  3/30/12 Residence 5 Fairway Lane Albany, Ny | X | X | X | | |
| | | | | | Value $     175,000.00 | | | | 800,000.00 | 625,000.00 |
| Account No. **Walter Frasier and Linda LaBarge** 1710 Central Ave. Albany, NY 12205 | - | | | | 578  Crane Street, Schenectady, NY | X | X | X | | |
| | | | | | Value $       54,000.00 | | | | 0.00 | 0.00 |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 1,064,658.00 | 675,658.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,779,785.18 | 964,929.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                                     Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **Ninamarie C Crisafulli**
_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____3_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Ninamarie C Crisafulli**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xx.x2-1-60** | | | | 2013 | | | | | |
| **Albany County Division of Finance 112 State Street Albany, NY 12207** | - | | | **64 North lake** | | | X | | 0.00 |
| | | | | | | | | 2,264.04 | 2,264.04 |
| Account No. | | | | **Various back taxes** | | | | | |
| **City of Albany Treasurer's Office Room 110 City Hall, 24, Eagle Stree Albany, NY 12207** | - | | | | | | X | | 0.00 |
| | | | | | | | | 5,000.00 | 5,000.00 |
| Account No. | | | | 2013 | | | | | |
| **City of Cohoes City Hall 97 Mohawk Street Cohoes, NY 12047-2897** | - | | | **279 Remsen Street Demolition Costs and back taxes** | | | X | | 0.00 |
| | | | | | | | | 50,000.00 | 50,000.00 |
| Account No. **9107** | | | | 2013 | | | | | |
| **City of Schenectady Tax Department - Room 100 City Hall - 105 Jay Street Schenectady, NY 12305** | - | | | **578 Cran Street, Schenectady** | | | X | | 0.00 |
| | | | | | | | | 3,395.23 | 3,395.23 |
| Account No. | | | | 2013 | | | | | |
| **City of Schenectady Supervisor of Receipts Room 100 - City Hall Schenectady, NY 12305** | - | | | **708 Union Street, Schenectady** | | | X | | 0.00 |
| | | | | | | | | 6,446.47 | 6,446.47 |

Sheet ___1___ of ___3___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 67,105.74 | 67,105.74 |

B6E (Official Form 6E) (4/10) - Cont.

In re     **Ninamarie C Crisafulli**                                               ,        Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | **Various Back Taxes** | | | | | | |
| **City of Schenectady Tax Department - Room 100 City Hall - 105 Jay Street Schenectady, NY 12305** | - | | | | | | X | | 0.00 | |
| | | | | | | | | 5,000.00 | | 5,000.00 |
| Account No. **xx.xx-5-50.1** | | | | **2013** | | | | | | |
| **Town of Colonie Memorial Town Hall 534 Loudon Road Newtonville, NY 12128** | - | | | **78 Sand Creek** | | | X | | 0.00 | |
| | | | | | | | | 4,386.99 | | 4,386.99 |
| Account No. **xx.x3-1-17** | | | | **2013** | | | | | | |
| **Town of Colonie Memorial Town Hall 534 Loudon Road Newtonville, NY 12128** | - | | | **5 Exchange Steet** | | | X | | 0.00 | |
| | | | | | | | | 3,810.60 | | 3,810.60 |
| Account No. **xx.x-7-35.1** | | | | **2013** | | | | | | |
| **Town of Colonie Memorial Town Hall 534 Loudon Road Newtonville, NY 12128** | - | | | **1205 Central Avenue** | | | X | | 0.00 | |
| | | | | | | | | 5,602.98 | | 5,602.98 |
| Account No. **xx.1-1-28** | | | | **2013** | | | | | | |
| **Town of Colonie Memorial Town Hall 534 Loudon Road Newtonville, NY 12128** | - | | | **5 Fairway lane** | | | X | | 0.00 | |
| | | | | | | | | 3,304.75 | | 3,304.75 |

Sheet  **2**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 22,105.32 | 22,105.32 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Ninamarie C Crisafulli** _____ ,          Case No. _____
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xx.x7-6-31**  Town of Colonie Memorial Town Hall 534 Loudon Road Newtonville, NY 12128 | - | | | 2013  1366 Central Avenue | | | X | 2,857.20 | 0.00  2,857.20 |
| Account No. **x9.3-1-1**  Town of Colonie Memorial Town Hall 534 Loudon Road Newtonville, NY 12128 | - | | | 2013  4232 Albany Street | | | X | 3,605.64 | 0.00  3,605.64 |
| Account No.  Town of Colonie Memorial Town Hall 534 Loudon Road Newtonville, NY 12128 | - | | | Various Back taxes | | | X | 15,000.00 | 0.00  15,000.00 |
| Account No. **xxx.xx-2-4.11**  Troy City School District 2920 5th Avenue Troy, NY 12180 | - | | | 2013  9 Hills landing | | | X | 4,799.81 | 0.00  4,799.81 |
| Account No. | | | | | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00  26,262.65 | 26,262.65 |
| Total (Report on Summary of Schedules) | 0.00  115,473.71 | 115,473.71 |

B6F (Official Form 6F) (12/07)

In re   **Ninamarie C Crisafulli**                              ,      Case No. _____

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**Aarons Rental**<br>**233 Central Ave.**<br>**Albany, NY 12206** | | - | | | | | | X | 2,095.04 |
| Account No. **6630**  <br><br>**Albany Advanced Imaging**<br>**PO Box 74**<br>**Latham, NY 12110** | | - | | | Medical Services | | | X | 818.00 |
| Account No.  <br><br>**Albany Emergency Medicine**<br>**PO Box 768**<br>**Clifton Park, NY 12065** | | - | | | Medical Serices | | | X | 483.00 |
| Account No.  <br><br>**Albany Medical College Physicians Group**<br>**PO Box 32511**<br>**Hartford, CT 06150-2511** | | - | | | Medical Services | | | X | 4,000.00 |

  **11**  continuation sheets attached

Subtotal  
(Total of this page)     **7,396.04**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                          S/N:35500-130118    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ninamarie C Crisafulli**                                        ,            Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Medical Services | | | | |
| Antonio Boncordo, DMV 515 1/2 Albany Shaker Road Albany, NY 12211 | | - | | | | | X | 120.00 |
| Account No. xxxxxx0006 | | | | Opened 1/01/11 Last Active 3/21/11 Unsecured | | | | |
| Capital Comm Fed Cr Un 18 Computer Dr East Albany, NY 12205 | | - | | | | | X | 33,541.00 |
| Account No. | | | | Collection Account | | | | |
| Cb Of The Hudson Valle 155 N Plank Rd Newburgh, NY 12550 | | - | | | | | X | 119.34 |
| Account No. 1501 | | | | | | | | |
| Cb Of The Hudson Valle 155 N Plank Rd Newburgh, NY 12550 | | - | | | | | X | 325.00 |
| Account No. xxxx0710 | | | | Opened 1/01/12 CollectionAttorney Emp Of Albany County Pllc | | | | |
| Cds/collection Agency/Escalate Attention: Bankruptcy 5200 Stoneham Rd North Canton, OH 44720 | | - | | | | | X | 462.00 |

Sheet no. __1__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       34,567.34

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ninamarie C Crisafulli**                                    ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Christian Brothers Academy 12 Airline Drive Albany, NY 12205 | - | | | | | | X | 1,375.00 |
| Account No. | | | | | | | | |
| Citizens Bank PO Box 7000 rap250 Providence, RI 02940 | - | | | | | | X | 489.53 |
| Account No. xxxxxxxxxxxxxx8253 | | | | Opened 8/01/09 Last Active 10/31/09 Educational | | | | |
| Colorado Student Ln Pr 1560 Broadway Suite 1700 Denver, CO 80202 | - | | | | | | X | 31,190.00 |
| Account No. | | | | Medical Services | | | | |
| Community Care Physicians 711 Troy Schenectady Road, Suite 201 Latham, NY 12110 | - | | | | | | X | 155.00 |
| Account No. | | | | Ads | | | | |
| Consumer Pak 1203 Amsterdam Ave. Suite 2B Schenectady, NY 12302 | - | | | | | | X | 1,270.00 |

Sheet no. __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          34,479.53

B6F (Official Form 6F) (12/07) - Cont.

In re __Ninamarie C Crisafulli__ _____,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Cooper, Erving and Savage 39 North Pearl Street Albany, NY 12207 | - | | | | | | X | 467.50 |
| Account No. | | | | Several Collection Accounts | | | | |
| Credit Collection Services Two Wells Ave., Dept. 9134 Newton Center, MA 02459 | - | | | | | | X | 2,600.00 |
| Account No. | | | | | | | | |
| Daniel Arenos 2093 Western Ave. Guilderland, NY 12084 | - | | | | | | X | 596.00 |
| Account No. **Notice Only** | | | | Attorney for David Cohen | | | | |
| David Cohen c/o Gary A. Lefkowitz 950 New loudon Road #310 Latham, NY 12110-2182 | - | | | | | | X | Unknown |
| Account No. **7890** | | | | | | | | |
| E.R Soulution PO Box 97029 Redmond, WA 98073-9729 | - | | | | | | X | 399.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,062.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ninamarie C Crisafulli**                                        ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9713** | | | | | | | |
| **First Premier Bank** 601 S. Minnesota Ave. Sioux Falls, SD 57104 | - | | | | | X | 551.00 |
| Account No. **5001** | | | | | | | |
| **I C System Inc** Po Box 64378 Saint Paul, MN 55164 | - | | | | | X | 848.00 |
| Account No. | | | Medical Services | | | | |
| **Jacob, Lee and Burack** 62 Hacket Blvd Albany, NY 12209 | - | | | | | X | 325.00 |
| Account No. **1108** | | | | | | | |
| **Kemper Ins.** 12926 Grtan Bay Parkway W Jacksonville, FL 32258 | - | | | | | X | 116.74 |
| Account No. **9341** | | | | | | | |
| **Lamont Hanley & Associates** 1138 Elm Street Manchester, NH 03101 | - | | | | | X | 196.00 |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        2,036.74

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ninamarie C Crisafulli**                              ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2158** <br><br> **Lamont Hanley & Associates** <br> **1138 Elm Street** <br> **Manchester, NH 03101** | - | | | | | X | 228.00 |
| Account No. **6971** <br><br> **Lamont Hanley & Associates** <br> **1138 Elm Street** <br> **Manchester, NH 03101** | - | | | | | X | 122.00 |
| Account No. **52-9** <br><br> **Law Office of P.Sauer** <br> **3 golf Road** <br> **Hoffman Estates, IL 60169** | - | | | | | X | 716.29 |
| Account No. **2053** <br><br> **Main St. America** <br> **PO Box 2004** <br> **Keene, NH 03431** | - | | | | | X | 716.29 |
| Account No. **4668** <br><br> **Miller & Dubuc** <br> **14 corporate Woods Blvd.** <br> **Albany, NY 12211** | - | | collection | | | X | 1,000.00 |

Sheet no. __5__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,782.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ninamarie C Crisafulli**                                ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6231** <br><br> **National Grid** <br> **PO Box 5026** <br> **Buffalo, NY 14205** | | - | | **5/2010** <br> **Utility** | | | X | 14,378.00 |
| Account No. **xxxxxx2837** <br><br> **Nbt** <br> **20 Mohawk St** <br> **Canajoharie, NY 13317** | | - | | **Opened 8/01/05 Last Active 8/01/08** <br> **CheckCreditOrLineOfCredit** | | | X | 4,381.00 |
| Account No. **7038** <br><br> **NCO Financial Systems** <br> **PO Box 15630** <br> **Wilmington, DE 19850** | | - | | **Several Accounts** | | | X | 35,475.00 |
| Account No. **5991** <br><br> **NYCM Ins.** <br> **1899 Central Plaza East** <br> **Edmeston, NY 13335** | | - | | | | | X | 196.00 |
| Account No. <br><br> **NYS Dept of Labor** <br> **Building 12** <br> **WA Harriman Campus** <br> **Albany, NY 12240** | | - | | **Income Taxes** | | | X | 5,000.00 |

Sheet no.  **6**   of  **11**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 59,430.00 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ninamarie C Crisafulli**_____,      Case No. _____
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Medical Services | | | | |
| Overton Russell Doerr PO Box 437 Clifton Park, NY 12065 | - | | | | | X | 96.00 |
| Account No. **2908** | | | | | | | |
| Paul Effman Music PO Box 19 Syosset, NY 11791 | - | | | | | X | 301.00 |
| Account No. **5178** | | | 10/2009 | | | | |
| Penn Credit Corp P.O. Box 988 Harrisburg, PA 17108 | - | | | | | X | 482.24 |
| Account No. **5839** | | | 10/18/2010 | | | | |
| Rapid Recovery 25 Orville Drive Suite 101 Bohemia, NY 11716 | - | | | | | X | 1,295.00 |
| Account No. | | | Damage and rent claim | | | | |
| Reedemer Church 931 Herkimer Road Utica, NY 13501 | - | | | | | X | 20,000.00 |

Sheet no. __**7**___ of __**11**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　22,174.24

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ninamarie C Crisafulli** _____ ,   Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6304** <br><br> **RMS** <br> **PO Box 4647** <br> **Lutherville Timonium, MD 21094** | - | | | | | X | 6,000.00 |
| Account No. <br><br> **Rubin & Rothman** <br> **1787 Veterans Hwy** <br> **Suite 32 PO Box 9003** <br> **Islandia, NY 11749** | - | | Collection | | | X | 26,000.00 |
| Account No. **6304** <br><br> **Slater Tenaaglia** <br> **301 Third Street** <br> **Ocean City, NJ 08226** | - | | 1/31/2011 | | | X | 5,832.00 |
| Account No. <br><br> **Slater Tenaaglia** <br> **301 Third Street** <br> **Ocean City, NJ 08226** | - | | | | | X | 5,832.19 |
| Account No. <br><br> **Smart Tuition** <br> **1 Woodbridge Center** <br> **Suite 800** <br> **Woodbridge, NJ 07095** | - | | | | | X | 2,228.20 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    45,892.39

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ninamarie C Crisafulli**                                          ,          Case No. _____

                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0281**<br><br>**Solomon & Solomon<br>P.O. Box 15019<br>Albany, NY 12212** | - | | | | | X | 450.00 |
| Account No. **6501**<br><br>**Solomon & Solomon<br>P.O. Box 15019<br>Albany, NY 12212** | - | | | | | X | 68.68 |
| Account No. **3472**<br><br>**Times Union<br>PO Box 368<br>East Syracuse, NY 13057** | - | | | | | X | 5.10 |
| Account No.<br><br>**Tonya Bryant<br>C/o Finklestein & Partners<br>1707 Central Avenue<br>Albany, NY 12205** | - | | Law Suit | X | X | X | Unknown |
| Account No. **4209**<br><br>**Transworld Systems<br>5760 Commons Park Drive<br>East Syracuse, NY 13057** | - | | 7/27/2011 | | | X | 63.40 |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

587.18

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ninamarie C Crisafulli**                                                                 ,                    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3497** <br><br> **United Tele** <br> **6450 Poe Ave.** <br> **Suite 401** <br> **Dayton, OH 45414** | - | | | | | X | 40.00 |
| Account No. **4209** <br><br> **University ENT** <br> **35 Hacket Blvd.** <br> **Albany, NY 12208** | - | | **7/2011** <br> **Medical Services** | | | X | 63.40 |
| Account No. xxxxxxxxxxx9717 <br><br> **Upstate Col** <br> **1759 Union St** <br> **Schenectady, NY 12309** | - | | 01 Sterling Insurance Co | | | X | 140.00 |
| Account No. xxxxxxxxxxx9717 <br><br> **Upstate Col** <br> **1759 Union St** <br> **Schenectady, NY 12309** | - | | 01 Sterling Insurance Co | | | X | 140.00 |
| Account No. **9717** <br><br> **Upstate Collection** <br> **1759 Union St.** <br> **Suite 102** <br> **Schenectady, NY 12309** | - | | | | | X | 140.00 |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| Subtotal | 523.40 |
|---|---|
| (Total of this page) | |

B6F (Official Form 6F) (12/07) - Cont.

In re     **Ninamarie C Crisafulli** ,                    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Medical Services | | | | |
| W. Bruce Clark, MD 585 New Loudon Rd. Latham, NY 12110 | - | | | | | X | 680.00 |
| Account No. **xbvb** | | | | | | | |
| Yellow Book PO Box 11815 Newark, NJ 07101 | - | | | | | X | 111.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 791.00 |
| Total (Report on Summary of Schedules) | | 214,722.94 |

B6G (Official Form 6G) (12/07)

.

In re    **Ninamarie C Crisafulli**                                                            ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| ` ` ` | **Various residential leases** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Ninamarie C Crisafulli**                                                    ,         Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                                      Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Ninamarie C Crisafulli** _____    Case No. _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**Son**<br>**Son**<br>**Son**<br>**Son** | AGE(S):<br>**1**<br>**14**<br>**3**<br>**4** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Building Blocks Child Care center of Alb** | |
| How long employed | | |
| Address of Employer | **25 Walker Way<br>Albany, NY 12205** | |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| INCOME:  (Estimate of average or projected monthly income at time case filed) | | | |
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **0.00** | $ **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ **N/A** |
| 3. SUBTOTAL | $ | **0.00** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a.  Payroll taxes and social security | $ | **0.00** | $ **N/A** |
| b.  Insurance | $ | **0.00** | $ **N/A** |
| c.  Union dues | $ | **0.00** | $ **N/A** |
| d.  Other (Specify): | $ | **0.00** | $ **N/A** |
| | $ | **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **8,900.00** | $ **N/A** |
| 8. Income from real property | $ | **14,200.00** | $ **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **832.00** | $ **N/A** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ **N/A** |
| | $ | **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ **N/A** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ **N/A** |
| | $ | **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **23,932.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **23,932.00** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **23,932.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Rental income is expected to increase.**

B6J (Official Form 6J) (12/07)

In re   **Ninamarie C Crisafulli**_____   Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,200.00 |
| a. Are real estate taxes included?    Yes ___    No **X** | | |
| b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 0.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 275.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 0.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 75.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 266.00 |
| d. Auto | $ | 0.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other   **Mortgages** | $ | 6,244.09 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 10,084.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 950.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 20,944.09 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

   **Debtor expects a decrease in expenses upon sale of property.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 23,932.00 |
| b.   Average monthly expenses from Line 18 above | $ | 20,944.09 |
| c.   Monthly net income (a. minus b.) | $ | 2,987.91 |

B6J (Official Form 6J) (12/07)
In re      **Ninamarie C Crisafulli**                                                    Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| cell phone | $ | 150.00 |
| all-in-one | $ | 125.00 |
| **Total Other Utility Expenditures** | $ | **275.00** |

**Other Expenditures:**

| | | |
|---|---|---:|
| Personal Care | $ | 100.00 |
| School Supplies | $ | 25.00 |
| Children's Activities | $ | 75.00 |
| Son's Private School Tuition | $ | 750.00 |
| **Total Other Expenditures** | $ | **950.00** |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

## United States Bankruptcy Court
### Northern District of New York

In re   **Ninamarie C Crisafulli**                                          Case No.

                                         Debtor(s)         Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **32**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 13, 2013**               Signature    **/s/ Ninamarie C Crisafulli**

                                                                 **Ninamarie C Crisafulli**

                                                                  Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## Northern District of New York

In re  **Ninamarie C Crisafulli**

Case No. _____

Debtor(s)

Chapter  **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2010 individual gross income**<br>**Return filed**<br>**Under Audit**<br>**Amendment to be filed** |
| $0.00 | **2009 individual gross income**<br>**Under Audit**<br>**Amendement pending** |
| $0.00 | **2011 Gross Income**<br>**Compilation underway** |
| $0.00 | **2012 Income**<br>**Compilation underway** |
| $0.00 | **2013 Gross Income YTD** |
| $0.00 | **Bryant v. Crisafulli** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                        SOURCE

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Capital Communications Federal Credit Union v. Crisafulli, et al**<br>**5689-11** | **Foreclosure** | **Supreme Court - Albany County** | **Pending - Notice of Motion for Order Extending Time to Serve Summons and Complaint dated 4/17/12** |
| **American Tax Funding v. Crisafulli, Sommerset Real Estate Investment Corp.**<br>**2011-1246 (Judgment of Foreclosure and Sale)** | **Tax Foreclosure** | **Schenectady County Supreme Court** | **Sale - June 6, 2012 at 12:30PM** |
| **American Tax Funding v. Crisafulli, Sommerset Real Estate Investment Corp.**<br>**2012-420** | **tax foreclosure on 708 Union St.** | **Schenectady County Supreme Court** | **filed 3/29/12** |

None  ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None  ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sefcu**<br>**Po Box 12189**<br>**Albany, NY 12212** | **1 yr ago** | **897 Jefferson Hill Road**<br>**Nassau, NY** |

**6. Assignments and receiverships**

None  ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B 7 (12/12)                                                                                           4

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
☐ preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **SEFCU**<br>**PO Box 12189**<br>**Albany, NY 12212** | **SEFCU .v Crisafulli, et al** | | **Assignment of Rents**<br>**Various proeprty valued at $ 550.000** |

**7.  Gifts**

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■ and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
☐ **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **708 Union Street** | **Fire** | **March 2012** |
| **279 Remsen Street, Cohoes, NY** | **Fire** | **Febraury 2012** |

**9.  Payments related to debt counseling or bankruptcy**

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
☐ concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Bronsther Law Firm**<br>**930 Route 146**<br>**Clifton Park, NY 12065** | **April 2012** | **$2750.00** |
| **Richard Croak** | **September 2011** | **2500** |
| **The Bronsther Law Firm**<br>**12 Century Hill Drive**<br>**Latham, NY 12110** | **1/3/13** | **$ 5,000** |

B 7 (12/12)                                                                                                                    5

---

### 10.  Other transfers

None  ☐    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
■      transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
       filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
| --- | --- | --- |

None  ☐    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
■      trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
| --- | --- | --- |

---

### 11.  Closed financial accounts

None  ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
■      otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
       financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
       cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
       include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
       unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
| --- | --- | --- |

---

### 12.  Safe deposit boxes

None  ☐    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
       depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

### 13.  Setoffs

None  ☐    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■      commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
       spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

### 14.  Property held for another person

None  ☐    List all property owned by another person that the debtor holds or controls.
■

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

### 15.  Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **5 Fairway Road, Colonie, NY** | **Same** | **2008 - July 2009** |
| **6197 Depot Street, Guilderland, NY** | **Same** | **July 2009 - November 2011** |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☐

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Former Damshire Cleaners 1205 Central Avenue Albany, NY 12205** | **Department of Environmental Concervation 625 Broadway Albany, NY  12233-0000** | **Sept. 2011** | **CERCLA  - 42 USC 9601** |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Building Blocks Day Care of Guidlerland,** | | | **Day care** | **6/2010- 8/31/2011** |
| **Building Blocks of Colonie, LLC** | | | **Day care** | **9/16/2011 - Present** |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED
**GTM Payroll Services**                            **Current**
**Clifton Park, NY 12065**

**Brian Daley, CPA**                                **Current**
**Clifton Park, NY 12065**

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

B 7 (12/12)                                                                                              8

| NAME | ADDRESS |
|---|---|
| **Brian Dailey, CPA** | **Clifton Park, NY 12065** |
| **Compilation of 2012 recordds is being generated.** | |

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐   issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Sefcu** | **2011** |
| **Po Box 12189** | |
| **Albany, NY 12212** | |

---

**20. Inventories**

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■   and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■   controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■   commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■   immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■   in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
  commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B 7 (12/12)                                                                                                          9

**24. Tax Consolidation Group.**

None
■
    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                             TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February 13, 2013**                    Signature    **/s/ Ninamarie C Crisafulli**
                                                          **Ninamarie C Crisafulli**
                                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

     NINAMARIE C. CRISAFULLI                CHAPTER 11
                                                      CASE NO.

                        Debtor(s).

ADDENDUM TO STATEMENT OF FINANCIAL AFFAIRS

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF ALBANY    )

      Ninamarie C. Crisafulli, the debtor in the above-captioned matter, being duly sworn, deposes and says:

1.     That I have no other ownership interest in any other business other than those set forth in the Petition.

2.     That my significant other Jared S. Haas owns and operates a general contracting business known as Crisafulli Property Services. I have no ownership interest in the same. That at times I have served as a receptionist and answered call on his behalf.

3.     That I am not currently the beneficiary of any trust nor do I serve as a Trustee of any Trust.

Dated:   2/13/13

                                   Ninamarie C. Crisafulli

Sworn to before me this 13th day of
February, 2013

_____
Notary Public

BRIAN H. BRONSTHER
Notary Public, State of New York
Qualified in Saratoga County
No. 02BR4919458
My Commission Expires Jan. 19, 2014

# United States Bankruptcy Court
## Northern District of New York

In re    **Ninamarie C Crisafulli**

Debtor(s)

Case No.

Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 7,900.00 |
| Balance Due | $ | 17,100.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

      **Debtor proposes to pay the sum of $ 250.00 per week to Attorney to be held in escrow pending Trustee's approval and Court Approval**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February 13, 2013**

**/s/ Brian H. Bronsther**
**Brian H. Bronsther**
**The Bronsther Law Firm**
**12 Century Hill Drive**
**Latham, NY 12110**
**518-373-9000  Fax: 518-373-9042**
**brian@bronstherlaw.com**

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of New York

In re    **Ninamarie C Crisafulli** _____    Case No. _____

_____    Debtor(s)    Chapter    **11** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Ninamarie C Crisafulli** _____    X **/s/ Ninamarie C Crisafulli** _____    **February 13, 2013**
Printed Name(s) of Debtor(s)    Signature of Debtor    Date

Case No. (if known) _____    X _____
Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re    **Ninamarie C Crisafulli** _____ ,

                    Debtor                    Case No.

                                        Chapter    **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**xxx-xx-1247**

## CERTIFICATION OF MAILING MATRIX

I,(we),  **Brian H. Bronsther** , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:    **February 13, 2013** _____

                                        **/s/ Brian H. Bronsther** _____
                                        **Brian H. Bronsther**
                                        Attorney for Debtor/Petitioner
                                        (Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

Aarons Rental
233 Central Ave.
Albany, NY 12206


Albany Advanced Imaging
Acct No 6630
PO Box 74
Latham, NY 12110


Albany County Division of Finance
Acct No xx.x2-1-60
112 State Street
Albany, NY 12207


Albany Emergency Medicine
PO Box 768
Clifton Park, NY 12065


Albany Medical College Physicians Group
PO Box 32511
Hartford, CT 06150-2511


American Tax Funding, LLC
Attn: President
346 Jupiter Blvd., Suite 300
Jupiter, FL 33458


Antonio Boncordo, DMV
515 1/2 Albany Shaker Road
Albany, NY 12211


Ascenion Capital Group
Attn: BMW  - Acct#:0584
PO Box 201347
Arlington, TX 76006


Capital Comm Fed Cr Un
Acct No xxxxxx0001
18 Computer Dr East
Albany, NY 12205


Capital Comm Fed Cr Un
Acct No xxxxxx0006
18 Computer Dr East
Albany, NY 12205

```
Carter Conboy
Acct No xxxxxx xxxx xxxxxx: x4106
Attention: Edward Connell
20 Corporate Woods Blvd
Albany, NY 12211


Cb Of The Hudson Valle
155 N Plank Rd
Newburgh, NY 12550


Cb Of The Hudson Valle
Acct No 1501
155 N Plank Rd
Newburgh, NY 12550


Cds/collection Agency/Escalate
Acct No xxxx0710
Attention: Bankruptcy
5200 Stoneham Rd
North Canton, OH 44720


Chase Mtg
Acct No xxxxxxxxx5950
Po Box 24696
Columbus, OH 43224


Christian Brothers Academy
12 Airline Drive
Albany, NY 12205


Citizens Bank
PO Box 7000
rap250
Providence, RI 02940


City of Albany
Treasurer's Office Room 110
City Hall, 24, Eagle Stree
Albany, NY 12207


City of Cohoes
City Hall
97 Mohawk Street
Cohoes, NY 12047-2897
```

City of Schenectady
Acct No 9107
Tax Department - Room 100
City Hall - 105 Jay Street
Schenectady, NY 12305


City of Schenectady
Supervisor of Receipts
Room 100 - City Hall
Schenectady, NY 12305


City of Schenectady
Tax Department - Room 100
City Hall - 105 Jay Street
Schenectady, NY 12305


Cohen & Slamowitz, LLP
Attn: Jamie Michelle Andrews, Esq.
199 Crossways Park Dr.
Woodbury, NY 11797-9004


Colorado Student Ln Pr
Acct No xxxxxxxxxxxxxx8253
1560 Broadway
Suite 1700
Denver, CO 80202


Community Care Physicians
711 Troy Schenectady Road, Suite 201
Latham, NY 12110


Consumer Pak
1203 Amsterdam Ave.
Suite 2B
Schenectady, NY 12302


Cooper, Erving and Savage
39 North Pearl Street
Albany, NY 12207


Credit Collection Services
Two Wells Ave., Dept. 9134
Newton Center, MA 02459

Daniel Arenos
2093 Western Ave.
Guilderland, NY 12084


David Cohen c/o Gary A. Lefkowitz
Acct No Notice Only
950 New loudon Road
#310
Latham, NY 12110-2182


Department of Environmental Conservation
Acct No xx1059
625 Broadway
Albany, NY 12233


E.R Soulution
Acct No 7890
PO Box 97029
Redmond, WA 98073-9729


Eber Bros Wine and Liquor
Attn: President
155 Paragon Drive
Rochester, NY 14624


Estate of Charles Yund
30 NW 1st Street
Delray Beach, FL 33444


First Niagra Bank
Attn: President
P.O. Box 514
Lockport, NY 14095


First Niagra Bank
Attn: President
6950 S. Transit Rd.
Lockport, NY 14095-6333


First Premier Bank
Acct No 9713
601 S. Minnesota Ave.
Sioux Falls, SD 57104

GE Capital Retail Bank
c/o Rec. Mananagment Attn: Ramesh Singh
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605


I C System Inc
Acct No 5001
Po Box 64378
Saint Paul, MN 55164


IRS
Acct No xxx-xx-1247
PO Box 7346
Philadelphia, PA 19101-7346


Jacob, Lee and Burack
62 Hacket Blvd
Albany, NY 12209


Kemper Ins.
Acct No 1108
12926 Grtan Bay Parkway W
Jacksonville, FL 32258


Lamont Hanley & Associates
Acct No 9341
1138 Elm Street
Manchester, NH 03101


Lamont Hanley & Associates
Acct No 2158
1138 Elm Street
Manchester, NH 03101


Lamont Hanley & Associates
Acct No 6971
1138 Elm Street
Manchester, NH 03101


Law Office of P.Sauer
Acct No 52-9
3 golf Road
Hoffman Estates, IL 60169

Main St. America
Acct No 2053
PO Box 2004
Keene, NH 03431


Miller & Dubuc
Acct No 4668
14 corporate Woods Blvd.
Albany, NY 12211


miller & meola
Attorney for Judgment Creditor Eber Bro
14 Corporate Woods Blvd.
Albany, NY 12211


National Grid
Acct No 6231
PO Box 5026
Buffalo, NY 14205


Nbt
Acct No xxxxxx2837
20 Mohawk St
Canajoharie, NY 13317


NCO Financial Systems
Acct No 7038
PO Box 15630
Wilmington, DE 19850


NYCM Ins.
Acct No 5991
1899 Central Plaza East
Edmeston, NY 13335


NYS Dept of Labor
Building 12
WA Harriman Campus
Albany, NY 12240


NYS Taxation and Finance
Attn: Bankruptcy
PO Box 5300
Albany, NY 12205-5300

Overton Russell Doerr
PO Box 437
Clifton Park, NY 12065


Overton Russell Doerr
Acct No 1709
19 Halfmoon Executive Park
Clifton Park, NY 12065


Paul Effman Music
Acct No 2908
PO Box 19
Syosset, NY 11791


Penn Credit Corp
Acct No 5178
P.O. Box 988
Harrisburg, PA 17108


Phillips Lytle LLP
Attn: President
1400 First Federal Plaza
Rochester, NY 14614


Rapid Recovery
Acct No 5839
25 Orville Drive
Suite 101
Bohemia, NY 11716


Reedemer Church
931 Herkimer Road
Utica, NY 13501


RMS
Acct No 6304
PO Box 4647
Lutherville Timonium, MD 21094


Rosicki, Rosicki & Associates
for US Bank NA - Attn: William Knox,Esq
51 E Bethpage Rd.
Plainview, NY 11803

Rubin & Rothman
1787 Veterans Hwy
Suite 32 PO Box 9003
Islandia, NY 11749


Sefcu
Acct No xxxxxx9902
Po Box 12189
Albany, NY 12212


Sefcu
Acct No xxxxxx9901
Po Box 12189
Albany, NY 12212


Slater Tenaaglia
Acct No 6304
301 Third Street
Ocean City, NJ 08226


Slater Tenaaglia
301 Third Street
Ocean City, NJ 08226


Smart Tuition
1 Woodbridge Center
Suite 800
Woodbridge, NJ 07095


Solomon & Solomon
Acct No 0281
P.O. Box 15019
Albany, NY 12212


Solomon & Solomon
Acct No 6501
P.O. Box 15019
Albany, NY 12212


St. Peter's Hospital
Acct No 4887
315 S. Manning Blvd.
Altamont, NY 12009

State Employees Fcu
Acct No xxxxxx6300
700 Patroon Creek Blvd
Albany, NY 12206


Times Union
Acct No 3472
PO Box 368
East Syracuse, NY 13057


Tonya Bryant
C/o Finklestein & Partners
1707 Central Avenue
Albany, NY 12205


Town of Colonie
Acct No xx.xx-5-50.1
Memorial Town Hall
534 Loudon Road
Newtonville, NY 12128


Town of Colonie
Acct No xx.x3-1-17
Memorial Town Hall
534 Loudon Road
Newtonville, NY 12128


Town of Colonie
Acct No xx.x-7-35.1
Memorial Town Hall
534 Loudon Road
Newtonville, NY 12128


Town of Colonie
Acct No xx.1-1-28
Memorial Town Hall
534 Loudon Road
Newtonville, NY 12128


Town of Colonie
Acct No xx.x7-6-31
Memorial Town Hall
534 Loudon Road
Newtonville, NY 12128

Town of Colonie
Acct No x9.3-1-1
Memorial Town Hall
534 Loudon Road
Newtonville, NY 12128


Town of Colonie
Memorial Town Hall
534 Loudon Road
Newtonville, NY 12128


Transworld Systems
Acct No 4209
5760 Commons Park Drive
East Syracuse, NY 13057


Troy City School District
Acct No xxx.xx-2-4.11
2920 5th Avenue
Troy, NY 12180


United Tele
Acct No 3497
6450 Poe Ave.
Suite 401
Dayton, OH 45414


University ENT
Acct No 4209
35 Hacket Blvd.
Albany, NY 12208


Upstate Col
Acct No xxxxxxxxxxx9717
1759 Union St
Schenectady, NY 12309


Upstate Collection
Acct No 9717
1759 Union St.
Suite 102
Schenectady, NY 12309


W. Bruce Clark, MD
585 New Loudon Rd.
Latham, NY 12110

Walter Frasier and Linda LaBarge
1710 Central Ave.
Albany, NY 12205


Yellow Book
Acct No xbvb
PO Box 11815
Newark, NJ 07101

B22B (Official Form 22B) (Chapter 11) (12/10)

In re **Ninamarie C Crisafulli**
_____
Debtor(s)

Case Number: _____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | |
|---|---|---|---|

| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ■ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A<br>Debtor's Income | Column B<br>Spouse's Income |
|---|---|---|---|
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $              0.00 | $ |

| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  If more than one business profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero. | | | $              0.00 | $ |
|---|---|---|---|---|---|

|  |  | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $              0.00 | $ |
| b. | Ordinary and necessary business expenses | $              0.00 | $ |
| c. | Business income | Subtract Line b from Line a | |

| 4 | **Net Rental and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero. | | | $              0.00 | $ |
|---|---|---|---|---|---|

|  |  | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $              0.00 | $ |
| b. | Ordinary and necessary operating expenses | $              0.00 | $ |
| c. | Rent and other real property income | Subtract Line b from Line a | |

| 5 | **Interest, dividends, and royalties.** | $              0.00 | $ |
|---|---|---|---|
| 6 | **Pension and retirement income.** | $              0.00 | $ |

| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $              0.00 | $ |
|---|---|---|---|

| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $       0.00   Spouse $ | $              0.00 | $ |
|---|---|---|---|

| 9 | **Income from all other sources.**  Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | $           5,600.00 | $ |
|---|---|---|---|---|---|

|  |  | Debtor | Spouse |
|---|---|---|---|
| a. | **Est. Distrib/Withdrawals from LLC** | $           5,600.00 | $ |
| b. |  | $ | $ |

| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B.  Enter the total(s). | $           5,600.00 | $ |
|---|---|---|---|

B22B (Official Form 22B) (Chapter 11) (12/10)                                                                                          2

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $ **5,600.00** |
|----|---|---|

| | **Part II. VERIFICATION** | |
|----|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: __February 13, 2013__          Signature: __/s/ Ninamarie C Crisafulli__<br>                                                                    **Ninamarie C Crisafulli**<br>                                                                         (Debtor) | |